ELIZABETH J. NAUGHTON, Appellant, v. JOHN J. CARROLL and Another,

Respondents.— Motion granted and appeal dismissed, with costs. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.